PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAMES CONROY, ) | |
| ) | CASE NO. 4:15CV01456 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| CORRECTIONS CORPORATION OF ) | |
| AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | **JUDGMENT ENTRY** |

Having filed its Memorandum of Opinion and Order, the Court enters judgment in favor of Defendants Corrections Corporation of America and Mike Pugh, and against Plaintiff James Conroy on Count I, the sole remaining count, of the Complaint (ECF No. 1-1 at PageID #: 17-18).

The final pretrial conference set for July 18, 2016 and jury trial set for August 8, 2016 are cancelled.

This Judgment Entry constitutes entry of judgment pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

July 15, 2016                              /s/ Benita Y. Pearson
Date                                       Benita Y. Pearson
                                           United States District Judge